# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ABSOLUTE COLOR, LTD. § <br> § <br> *Plaintiffs*, § <br> § <br> v. § <br> § <br> XEIKON AMERICA, INC., § <br> § <br> *Defendant.* § <br> § | CIVIL ACTION NO. 4:18-cv-02221 |

## NOTICE OF REMOVAL

Defendant Xeikon America, Inc. ("Defendant" and/or "Xeikon") hereby removes the above-captioned action from the 80th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, pursuant to 28 U.S.C. Sections 1332, 1441, and 1446. Removal is proper on the following grounds:

1. Plaintiff Absolute Color, Ltd ("Plaintiff") filed its Original Petition ("Complaint") on May 25, 2018 in the 80th Judicial District Court of Harris County, Texas, styled *Absolute Color, Ltd. v. Xeikon America, Inc.*, 80th Judicial District Court, Harris County, Case No. 2018-35278.

2. According to the allegations in the Complaint, Plaintiff is a Texas Limited Liability Company with a principal place of business in Harris County, Texas. In addition, Plaintiff alleges that it is seeking "monetary relief over $200,000 but not more than $1,000,000." Complaint ¶4.

3. Defendant is a Delaware corporation with its principal place of business located in Itasca, Illinois. Although Xeikon does business in the state of Texas, it does not have any offices in the state and does not have a principal place of business in Texas.

4. Defendant received service of process on June 5, 2018.

5. Defendant has not filed an answer in the original action filed in Harris County.

6. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. 1332(a) and 1441(b)(2). There is diversity of citizenship between the Plaintiff and Defendant, the amount in controversy exceeds $75,000, and no defendant is a citizen of Texas.

7. This action is properly removed to this Court because the state court action is pending within this district and division. 28 U.S.C. §§ 1441(a), 124(b)(4).

8. Removal is timely because Defendant filed this Notice of Removal within thirty days after Defendants received notice that the case was one which had become removable. *See* 28 U.S.C. § 1446(b).

9. As required by 28 U.S.C. § 1446(a), Defendant has attached the following to this Notice of Removal: (1) all executed process in this case; (2) all pleadings asserting causes of action and all answers to such pleadings; (3) all orders signed by the state judge; (4) the state court docket sheet; (5) an index of matters being filed; and (6) a list of all counsel of record, including addresses, telephone numbers, and parties represented.

10. As required by 28 U.S.C. Section 1446(d), almost immediately after the filing of this Notice of Removal, Defendant will file notice of this Notice of Removal in the 80th Judicial District of Harris County, Texas.

WHEREFORE, Defendant removes this action from the 80th Judicial District Court of Harris County, Texas to the United States District Court for the Southern District of Texas, Houston Division so that this Court may assume jurisdiction over the case as provided by law.

**RESPECTFULLY SUBMITTED,**

HOLLAND & KNIGHT LLP

*/s/ Annapoorni R. Sankaran*
Annapoorni R. Sankaran
State Bar No. 24071918
anna.sankaran@hklaw.com
Andrea James
State Bar No. 24092571
andrea.james@hklaw.com
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Phone: (713) 821-7000
Fax:    (713) 821-7001

ATTORNEYS FOR DEFENDANT
XEIKON AMERICA, INC.

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were forwarded to all counsel of record via e-filing and by hand on the 29th day of June, 2018.

Keith Remels
2700 Post Oak Blvd., Suite 1750
Houston, TX 77056
Kremels@dowgolub.com

*/s/ Annapoorni Sankaran*
Annapoorni Sankaran