**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABSOLUTE COLOR, LTD. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-CV-02221 |
| | § | |
| | § | |
| XEIKON AMERICA, INC. | § | |

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, Absolute Color, Ltd., demands a jury trial.

                          Respectfully submitted,

                          DOW GOLUB REMELS & GILBREATH, PLLC

                          */s/ Keith M. Remels*
                          Keith M. Remels
                          S.D. Tex. No. 11363
                          State Bar No. 16765800
                          kremels@dowgolub.com
                          2700 Post Oak Blvd., Suite 1750
                          Houston, Texas 77056
                          Telephone: (713) 526-3700
                          Facsimile: (713) 526-3750

                          **ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

      I hereby certify that true and correct copies of the following were served to counsel pursuant to the Federal Rules of Civil Procedure on July 6, 2018.

Annapoorni R. Sankaran  
Andrea James  
Holland & Knight LLP  
1100 Louisiana Street, Suite 4300  
Houston, Texas 77002

                                            */s/ Keith M. Remels*  
                                            Keith M. Remels