UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABSOLUTE COLOR, LTD. | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-02221 |
| XEIKON AMERICA, INC., | § § § | |
| *Defendant*. | § § | |

## JOINT STATUS REPORT

Plaintiff Absolute Color, Ltd. ("Absolute"), and defendant Xeikon America, Inc. ("Xeikon") and , hereby jointly file this Status Report and state as follows: on August 24, 2018 Xeikon and Absolute, along with their respective counsel, met to discuss the possibility of settlement in this matter and are currently in the process of documenting a settlement.

Dated: September 4, 2018

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| **DOW GOLUB REMELS & GILBREATH, PLLC.** | **HOLLAND & KNIGHT LLP** |
| /s/ Keith Remels | /s/ Annapoorni R. Sankaran |
| Keith M. Remels | Annapoorni R. Sankaran |
| State Bar No. 16765800 | State Bar No. 24071918 |
| kremels@dowgolub.com | anna.sankaran@hklaw.com |
| 2700 Post Oak Blvd., Suite 1750 | Andrea James |
| Houston, TX 77056 | State Bar No. 24092571 |
| Phone: (713) 526-3700 | andrea.james@hklaw.com |
| Fax: (713) 526-3750 | 1100 Louisiana Street, Suite 4300 |
| | Houston, TX 77002 |
| **ATTORNEYS FOR PLAINTIFF** | Phone: (713) 821-7000 |
| **ABSOLUTE COLOR, LTD** | Fax: (713) 821-7001 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **XEIKON AMERICA, INC.** |

## CERTIFICATE OF SERVICE

      I certify that on the 4th day of September, 2018, a true and correct copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

                                    /s/ Annapoorni Sankaran
                                    Annapoorni Sankaran